IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                               **PLAINTIFF**

v.                              2:20-CV-00122-BSM

**JEREMY ANDREWS,** *et al.*                                      **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Vole's recommended dispositions [Doc. Nos. 7, 23] are adopted. Accordingly, Terry's official capacity claims are dismissed with prejudice and his claim that defendant Perry violated prison policy is dismissed without prejudice. Defendant Kelly's motion to dismiss [Doc. No. 16] is denied as moot. Terry's claims against defendants Andrews, Straughn, Dycus, Branch, Woods, and Kelly are dismissed without prejudice and those defendants are dismissed from this action.

An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. section 1915(a)(3).

IT IS SO ORDERED this 13th day of October, 2020.

                                                         UNITED STATES DISTRICT JUDGE