IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                                                          **PLAINTIFF**

v.                                                        **2:20-CV-00122-BSM**

**JEREMY ANDREWS,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 59] is adopted. Brenda Perry's motion for judgement on the pleadings [Doc. No. 52] is granted, Perry is dismissed without prejudice, and Jarell Terry's motion to dismiss [Doc. No. 58] is denied as moot. Accordingly, this case is dismissed. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE