IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                           **PLAINTIFF**

**v.**                                    **2:20-CV-00122-BSM**

**JEREMY ANDREWS,** *et al.*                                              **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2021.


                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE